JS-6

cc: Fiscal Section

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>Plaintiff,<br>v.<br>HANNA ZAIDI, SHAHPER KHALID-ZAIDI,<br>Defendants. | No. 5:24-cv-01576-SSS-DMKx<br>**JUDGMENT** |

This action came before the Court for a bench trial on January 20, 2026, and March 10, 2026. [Dkts. No. 81, 91]. Defendants Hanna Zaidi and Shahper Khalid-Zaidi each appeared pro se and asserted competing claims to the basic life insurance coverage proceeds payable by reason of the death of Javid Zaidi under group life insurance Policy No. FLX-967877, issued by Plaintiff Life Insurance Company of North America ("LINA"). LINA previously deposited the disputed proceeds, $232,608.95, into the registry of the Court and was discharged from this action. [Dkts. No. 24, 45].

Having considered the testimony of the witnesses, the exhibits admitted into evidence, and the parties' submissions, and having issued its Findings of Fact and Conclusions of Law, [Dkt. No. 95], and consistent therewith, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is entered in favor of Defendant Shahper Khalid-Zaidi and against Defendant Hanna Zaidi. Shahper Khalid-Zaidi, as the legal and surviving spouse of Javid Zaidi, is entitled to the basic life insurance coverage death benefits under the terms of Policy No. FLX-967877.

Defendant Hanna Zaidi shall take nothing by way of her claim to the basic life insurance coverage proceeds.

The Clerk of Court shall disburse to Shahper Khalid-Zaidi all interpleaded funds remaining on deposit in the registry of the Court, together with all accrued interest, less any registry fees authorized by law, the sum of $6,000 having previously been disbursed to LINA pursuant to the Court's prior order. [Dkt. No. 45]. Payment shall be made to Shahper Khalid-Zaidi at her address of record.

The Clerk of Court is DIRECTED to close this case. (JS-6)

Dated: July 21, 2026

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE